UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANGLI LUO,<br>      a/k/a "Sophia Luo,"<br><br><br>                      Defendant. | **Affirmation in Support of Application for Order of Continuance**<br><br>25 Mag. 1968 |

State of New York                     )
County of New York              : ss.:
Southern District of New York    )

       Brandon C. Thompson, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

       1.      I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

       2.      The defendant was charged in a complaint dated June 14, 2025, with violations of 18 U.S.C. §§ 873, 1519, and 2. The defendant was arrested on June 14, 2025, and was presented in this District before Magistrate Judge Sarah Netburn on that same date, at which proceeding the defendant was represented by Lee Koch, Esq. for presentment only, and ordered detained until June 23, 2025, when she could be released on bail with certain conditions, including home detention as enforced by GPS monitoring.

3.    At the presentment on June 14, 2025, a preliminary hearing was scheduled for June 30, 2025. Under the Speedy Trial Act, the Government had until July 14, 2025, within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4.    On June 30, 2025, the Honorable Gary Stein entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until July 30, 2025.

5.    On July 30, 2025, the Honorable Stewart D. Aaron entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until August 29, 2025.

6.    Defense counsel, Steven Metcalf, Esq., and I have had discussions regarding a possible disposition of this case.  The parties plan to continue our discussions, but do not anticipate a resolution before August 29, 2025.

7.    Therefore, the Government requests a 14-day continuance until September 12, 2025, to continue the foregoing discussions toward resolving this matter. On August 22, 2025, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to September 12, 2025, and has specifically consented to this request.

8.     For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       August 28, 2025

___/s/_____
Brandon C. Thompson
Assistant United States Attorney
212-637-2444